IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIC D. HAUSKNECHT, COMPLETE MEDICAL CARE SERVICES OF NY, PC AND COMPLETE MEDICAL CARE SERVICES OF NY, PC HEALTH AND WELFARE BENEFIT PLAN,<br>                    Plaintiffs, | CIVIL ACTION |
| v. | NO.  17-3911 |
| JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br>                    Defendant. | |

# O R D E R

**AND NOW**, this 24th day of May, 2022, upon consideration of Defendant John Hancock Life Insurance Company of New York's Motion to Exclude Plaintiffs' Expert Opinions and Testimony (ECF No. 129), Plaintiffs' Brief in Opposition (ECF No. 133), and Defendant's Reply Brief in Further Support of its Motion (ECF No. 134), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED** with respect to those portions of the report of Lance Wallach opining on: (1) the history of the sale of life insurance through Section 419 plans; (2) the relationship between insurance companies and these plans including the companies' efforts to sell their policies under these plans and market them; (3) the duties of those involved in the sales of insurance policies to inform purchasers of the risks presented by Section 419A(f)(6) plans; and, (4) John Koresko's poor reputation in the insurance industry and his use of drugs and alcohol;

2. Defendant's Motion is **GRANTED** with respect to the summary portion of John L. Pund's report.

3. Defendant's Motion is **DENIED** in all other respects.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
WENDY BEETLESTONE, J.