IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARIC D. HAUSKNECHT, COMPLETE MEDICAL CARE SERVICES OF NY, PC AND COMPLETE MEDICAL CARE SERVICES OF NY, PC HEALTH AND WELFARE BENEFIT PLAN,**<br>Plaintiffs,<br><br>v.<br><br>**JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,**<br>Defendant. | CIVIL ACTION<br><br>NO. 17-3911 |

## O R D E R

**AND NOW**, this 13th day of July, 2022, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (ECF No. 125), Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion (ECF Nos. 130-132), Plaintiffs' Brief in Opposition to Defendant's Motion and in Support of its Motion (ECF No. 137), Defendant's Reply Brief in Further Support of its Motion (ECF No. 144), Plaintiffs' Sur-reply Brief (ECF No. 150), and the Parties' Joint Appendix in support of their Motions (ECF No. 154), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED** as to: (1) Plaintiffs' RICO Claims under 18 U.S.C. §§ 1962(c)-(d); and, (2) Plaintiffs' Section 1132(a)(2) ERISA claim premised on the purported 2003 change of policy ownership, which claims are **HEREBY DISMISSED**.

2. Defendant's Motion is **DENIED** in all other respects.

3. Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**